# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE SCOTT,<br><br>        Plaintiff,<br><br>    v.<br><br>DA OFFICE OF STANISLAUS COUNTY,<br><br>        Defendant. | 1:22-cv-00774-BAM<br><br>ORDER REQUIRING PLAINTIFF TO FILE COMPLETED APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE WITHIN THIRTY DAYS |

      Plaintiff George Scott, a county jail inmate proceeding *pro se*, filed this civil rights action on June 24, 2022, along with an application to proceed *in forma pauperis*. (Docs. 1, 2.) However, Plaintiff's form application to proceed *in forma pauperis* is not complete. Plaintiff indicates that he has received money from a business, profession, or other self-employment over the last twelve months, but Plaintiff does not describe the source of that money, the amount received and what he expects he will continue to receive. (Doc. 2 at 1.) Plaintiff's application also does not include a trust account statement.

      Accordingly, IT IS HEREBY ORDERED that:

      1.    Within thirty (30) days from the date of service of this order, Plaintiff shall file the attached prisoner application to proceed *in forma pauperis*, completed and signed, or in the alternative, pay the $402.00 filing fee for this action;

      2.    No extension of time will be granted without a showing of good cause; and

3. The failure to comply with this order will result in dismissal of this action, without prejudice.

IT IS SO ORDERED.

Dated: **June 27, 2022**         /s/ *Barbara A. McAuliffe*
                        UNITED STATES MAGISTRATE JUDGE