# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE SCOTT,<br><br>           Plaintiff,<br><br>     v.<br><br>DA OFFICE OF STANISLAUS COUNTY,<br><br>           Defendant. | 1:22-cv-00774-BAM<br><br>ORDER PARTIALLY GRANTING REQUEST FOR EXTENSION OF TIME TO FILE APPLICATION TO PROCEED IN FORMA PAUPERIS<br><br>(Doc. 4.) |

Plaintiff George Scott, a county jail inmate proceeding *pro se*, filed this civil rights action on June 24, 2022, along with an application to proceed *in forma pauperis*. (Docs. 1, 2.) However, Plaintiff's form application to proceed *in forma pauperis* was not complete and did not include a trust account statement. (Doc. 2.) As a result, on June 27, 2022, the Court directed Plaintiff to file a completed application to proceed *in forma pauperis* or in the alternative, pay the $402.00 filing fee for this action within thirty (30) days. (Doc. 3.)

On July 22, 2022, Plaintiff filed the instant request for a 60-day extension of time to file his application to proceed *in forma pauperis*. Plaintiff explains that an extension is necessary because he has "to go through loop holes [sic] to get the paperwork signed." (Doc. 4.)

The Court has considered Plaintiff's request for an extension of time to file his application to proceed *in forma pauperis*, but finds that Plaintiff has not adequately explained why he needs an additional sixty (60) days to complete and file the application. The Court will

1

nonetheless grant Plaintiff an additional thirty (30) days to file his completed application or pay the filing fee in full.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's request for an extension of time to file his application to proceed *in forma pauperis* is GRANTED in part;
2. Within thirty (30) days from the date of service of this order, Plaintiff shall file his application to proceed *in forma pauperis*, completed and signed, or in the alternative, pay the $402.00 filing fee for this action;
3. No further extensions of time will be granted absent a demonstrated showing of good cause; and
4. The failure to comply with this order will result in dismissal of this action without prejudice.

IT IS SO ORDERED.

Dated:   **July 25, 2022**              /s/ *Barbara A. McAuliffe*
                                             UNITED STATES MAGISTRATE JUDGE