**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GEORGE SCOTT, | No. 1:22-cv-00774-JLT-BAM |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING ACTION |
| v. | |
| DA OFFICE STANISLAUS COUNTY, | (Doc. 10) |
| Defendant. | |

On September 20, 2022, the assigned magistrate judge issued findings and recommendations recommending that this action be dismissed, with prejudice, for failure to obey a court order and for failure to state a claim upon which relief may be granted. (Doc. 10.) The findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days after service. (*Id.*) No objections have been filed, and the time in which to do so has passed.

According to 28 U.S.C. § 636 (b)(1)(c), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court finds that the findings and recommendations are supported by the record and proper analysis. Thus, the Court **ORDERS**:

1. The findings and recommendations issued on September 20, 2022 (Doc. 10) are **ADOPTED IN FULL**.

2. This action is **DISMISSED WITH PREJUDICE** for failure to obey a court order

and for failure to state a claim upon which relief may be granted.

3. The Clerk of the court is directed to close this case.

IT IS SO ORDERED.

Dated: __October 14, 2022__  

*/s/ Jennifer L. Thurston*
UNITED STATES DISTRICT JUDGE